SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORP., <br><br> Defendant. | Case No. CV 11-2402 EMC <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |

Plaintiff MasterObjects, Inc. ("Plaintiff") and defendant Microsoft Corporation ("Defendant"), hereby stipulate as follows:

WHEREAS, on or about May 24, 2011, Plaintiff served its Complaint upon Defendant; and

WHEREAS, no trial date has yet been set in this action;

WHEREAS, Defendant has received no previous extensions of time in this action.  This extension will not affect or change the other dates currently scheduled by the Court.

WHEREAS, Defendant now requires additional time to respond to the Complaint, and Plaintiff has agreed to the request of Defendant to extend the time by which Defendant must answer or otherwise respond to the Complaint by approximately 30 days, from June 8, 2011 to and including July 8, 2011.

IT IS HEREBY STIPULATED by and between the parties hereto that Defendant will have to and including July 8, 2011 to serve and file an answer or other response to the Complaint.

DATED:    June 1, 2011

HOSIE RICE LLP

By:  */s/ Spencer Hosie*  _____
     Spencer Hosie (SBN 101777)
     *Attorneys for Plaintiff*
     *MasterObjects, Inc.*

MICROSOFT CORPORATION

By:  */s/ Isabella E. Fu*  _____
     Isabella E. Fu (WSBN 154677)
     *Attorney for Defendant*
     *Microsoft Corporation*

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER    1    CASE NO.  CV 11-2402 EMC

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:    June 1, 2011

                                                    */s/ Spencer Hosie*

                                                  Spencer Hosie

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

Defendant will have to and including July 8, 2011, to serve and file an answer or other response to the Complaint.

Dated: 6/2/11

_____
Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DECLARATION OF SERVICE BY U.S. MAIL**

I, Jerry Shaw, am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Hosie Rice LLP, 600 Montgomery Street, 34th Floor, San Francisco, California, 94111.

On June 1, 2011, I served the following attached

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon in the United States Post Office mail box at San Francisco, California, addressed to the following parties:

Isabella Fu
Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399
E-mail: isabelfu@microsoft.com

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:   June 1, 2011

                               */s/ Jerry Shaw*
                               Jerry Shaw