SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORP., <br><br> Defendant. | Case No. 3:11-cv-02402-EMC <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL |

Plaintiff, MasterObjects, Inc., ("MasterObjects") and Defendant Microsoft Corporation ("Microsoft"), having notified the Court that they have settled their respective claims for relief asserted in this case, filed an agreed motion to dismiss all claims and counterclaims in the above-captioned action. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that:

1) the above-entitled cause and all claims by MasterObjects against Microsoft made therein are dismissed with prejudice to the re-filing of same;

2) the above-entitled cause and all claims and counterclaims by Microsoft against MasterObjects made therein are dismissed without prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

This is a final judgment.

Signed this ___23rd___ day of ___November___, 2011.

_____
JUDGE EDWARD
U.S. District Court

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA